IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JA'LEE FOREMAN, JR., <br> (2) DANIEL HEDRICK, <br> (3) JOSEPH MITCHELL, and <br> (4) JOHN BASCO, <br><br> Plaintiffs, <br><br> v. <br><br> (1) OKLAHOMA COUNTY SHERIFF, <br> (2) OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, <br> (3) BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY, <br> (4) CHRISTIAN CHARLES MILES, <br> (5) GREGORY CORNELL BUTLER, JR., <br><br> Defendants. | Case No. CIV-21-1062-F |

## RULE 38 JURY TRIAL DEMAND

The Plaintiffs, by and through their attorneys of record, Cameron Spradling of CAMERON SPRADLING, PLLC, and Daniel E. Smolen, Robert M. Blakemore and Byron D. Helm of SMOLEN & ROYTMAN and pursuant to F.R.C.P. 5(d) & 38(b)&(c) hereby make a demand that all issues which are triable by jury, in this matter, be tried by a jury.

Respectfully submitted,

*/s/Cameron Spradling*
CAMERON SPRADLING, OBA No. 8509
500 North Walker Avenue, Suite 140
Oklahoma City, Oklahoma 73102-1657
Phone: (405) 605-0610
Fax: (405) 605-0615
Cameron@CameronSpradling.com

-and-

Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN
701    Cincinnati Ave.
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 4th day of February 2022.

*/s/Cameron Spradling*
CAMERON SPRADLING