# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JA'LEE FOREMAN, JR., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-21-1062-F |
| ) | |
| OKLAHOMA COUNTY SHERIFF, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the Unopposed Motion of Defendant Gregory Cornell Butler for Extension of Time to File Responsive Pleading to the Complaint [Doc. 21]. Upon review of the motion, and for good cause shown, the Court hereby **GRANTS** Defendant's Motion. Defendant shall file his responsive pleading to the Complaint on or before March 28, 2022.

**IT IS SO ORDERED** this 1st day of March, 2022.

*/s/ Stephen P. Friot*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1062p004.PO.docx