# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JA'LEE FOREMAN, JR., DANIEL HEDRICK, JOSEPH MITCHELL, and JOHN BASCO,<br><br>Plaintiffs,<br><br>-vs-<br><br>OKLAHOMA COUNTY SHERIFF, OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY, CHRISTIAN CHARLES MILES, and GREGORY CORNELL BUTLER, JR.,<br><br>Defendants. | Case No. CIV-21-1062-F |

## ORDER

On February 14, 2022, defendant, Oklahoma County Criminal Justice Authority, filed a Motion to Dismiss. *See*, doc. no. 15. Pursuant to LCvR7.1(g), plaintiffs, Ja'Lee Foreman, Jr., Daniel Hedrick, Joseph Mitchell, and John Basco, were required to file a response in opposition to defendant's motion on or before March 7, 2022. No response has been filed.

Although the court is authorized under LCvR7.1(g) to deem defendant's motion confessed, the court declines to do so at this time. Instead, the court *sua sponte* **GRANTS** plaintiffs an extension of time until March 15, 2022, to file a response to defendant's motion. If no response is received by March 15, 2022, the

court will deem defendant's motion confessed under LCvR7.1(g) and will proceed with ruling on the motion without further notice to plaintiffs.

IT IS SO ORDERED this 8th day of March, 2022.

*[signature]*

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1062p005.docx