

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA,<br>　　　Plaintiff,<br>v.<br>CHRISTOPHER RAYMOND HENDERSHOTT,<br>　　　Defendant, and<br>CHRISTIAN CHARLES MILES,<br>　　　Defendant, and<br>GREGORY CORNELL BUTLER JR,<br>　　　Defendant. | No. CM-2020-3083<br>(Criminal Misdemeanor)<br><br>Filed: 10/05/2020<br><br><br>Judge: Hudson, Perry |

# PARTIES

BUTLER, GREGORY CORNELL JR, Defendant
HENDERSHOTT, CHRISTOPHER RAYMOND, Defendant
MILES, CHRISTIAN CHARLES, Defendant
STATE OF OKLAHOMA, Plaintiff

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| JAMES, GARY (Bar #12718)<br>P.O. BOX 2443<br>OKC, OK 73101 | HENDERSHOTT, CHRISTOPHER RAYMOND |
| James, Gary J (Bar #12718)<br>PO BOX 2443<br>OKC, OK 73101 | HENDERSHOTT, CHRISTOPHER RAYMOND |
| Phillips, Lance B (Bar #17120)<br>7 S. Mickey Mantle Drive<br>Suite 377<br>Oklahoma City, OK 73104 | BUTLER, GREGORY CORNELL JR |

# EVENTS                                                                                         Exhibit 1

| Event | Party | Docket | Reporter |
|---|---|---|---|

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, January 21, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) | BUTLER, GREGORY CORNELL JR | Perry Hudson | |
| Thursday, January 21, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) | HENDERSHOTT, CHRISTOPHER RAYMOND | Perry Hudson | |
| Thursday, March 18, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) | MILES, CHRISTIAN CHARLES | Perry Hudson | |
| Monday, March 22, 2021 at 0:00 AM REVIEW BOND FORFEITURE 2 (STRICKEN) | MILES, CHRISTIAN CHARLES | | |
| Monday, March 29, 2021 at 0:00 AM REVIEW BOND FORFEITURE 1 (STRICKEN) | MILES, CHRISTIAN CHARLES | | |
| Thursday, April 22, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) 2X | BUTLER, GREGORY CORNELL JR | Perry Hudson | |
| Thursday, April 22, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) 2X | HENDERSHOTT, CHRISTOPHER RAYMOND | Perry Hudson | |
| Thursday, May 20, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) 2X | MILES, CHRISTIAN CHARLES | Perry Hudson | |
| Thursday, May 20, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) 3X | HENDERSHOTT, CHRISTOPHER RAYMOND | Perry Hudson | |
| Thursday, May 20, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) 3X | BUTLER, GREGORY CORNELL JR | Perry Hudson | |
| Wednesday, August 18, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) 4X | MILES, CHRISTIAN CHARLES | Perry Hudson | |
| Wednesday, August 18, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) 4X | HENDERSHOTT, CHRISTOPHER RAYMOND | Perry Hudson | |
| Wednesday, August 18, 2021 at 9:00 AM DISPOSITION (MISDEMEANOR) 4X | BUTLER, GREGORY CORNELL JR | Perry Hudson | |
| Thursday, February 3, 2022 at 10:00 AM CALL DOCKET- TRIAL - STRICKEN | BUTLER, GREGORY CORNELL JR | Perry Hudson | |
| Thursday, February 3, 2022 at 10:00 AM CALL DOCKET- TRIAL - STRICKEN | HENDERSHOTT, CHRISTOPHER RAYMOND | Perry Hudson | |
| Thursday, February 3, 2022 at 10:00 AM CALL DOCKET- TRIAL - STRICKEN | MILES, CHRISTIAN CHARLES | Perry Hudson | |
| Friday, February 4, 2022 at 1:30 PM MOTION HEARING - STRICKEN | MILES, CHRISTIAN CHARLES | Catherine M. Burton | |
| Friday, February 4, 2022 at 1:30 PM MOTION HEARING - STRICKEN | HENDERSHOTT, CHRISTOPHER RAYMOND | Catherine M. Burton | |
| Friday, February 4, 2022 at 1:30 PM MOTION HEARING - STRICKEN | BUTLER, GREGORY CORNELL JR | Catherine M. Burton | |
| Monday, February 7, 2022 at 9:00 AM JURY TRIAL (ISSUE) - STRICKEN | HENDERSHOTT, CHRISTOPHER RAYMOND | Catherine M. Burton | |
| Monday, February 7, 2022 at 9:00 AM JURY TRIAL (ISSUE) - STRICKEN | MILES, CHRISTIAN CHARLES | Catherine M. Burton | |

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Monday, February 7, 2022 at 9:00 AM JURY TRIAL (ISSUE) - STRICKEN | BUTLER, GREGORY CORNELL JR | Catherine M. Burton | |
| Thursday, April 7, 2022 at 1:30 PM MOTION HEARING | HENDERSHOTT, CHRISTOPHER RAYMOND | Perry Hudson | |
| Thursday, April 7, 2022 at 1:30 PM MOTION HEARING | BUTLER, GREGORY CORNELL JR | Perry Hudson | |
| Thursday, April 7, 2022 at 1:30 PM MOTION HEARING | MILES, CHRISTIAN CHARLES | Perry Hudson | |
| Thursday, August 25, 2022 at 10:00 AM CALL DOCKET- TRIAL | HENDERSHOTT, CHRISTOPHER RAYMOND | Perry Hudson | |
| Thursday, August 25, 2022 at 10:00 AM CALL DOCKET- TRIAL | MILES, CHRISTIAN CHARLES | Perry Hudson | |
| Thursday, August 25, 2022 at 10:00 AM CALL DOCKET- TRIAL | BUTLER, GREGORY CORNELL JR | Perry Hudson | |
| Friday, August 26, 2022 at 10:00 AM MOTION HEARING | BUTLER, GREGORY CORNELL JR | Catherine M. Burton | |
| Friday, August 26, 2022 at 10:00 AM MOTION HEARING | MILES, CHRISTIAN CHARLES | Catherine M. Burton | |
| Friday, August 26, 2022 at 10:00 AM MOTION HEARING | HENDERSHOTT, CHRISTOPHER RAYMOND | Catherine M. Burton | |
| Monday, August 29, 2022 at 9:00 AM JURY TRIAL (ISSUE) | MILES, CHRISTIAN CHARLES | Catherine M. Burton | |
| Monday, August 29, 2022 at 9:00 AM JURY TRIAL (ISSUE) | HENDERSHOTT, CHRISTOPHER RAYMOND | Catherine M. Burton | |
| Monday, August 29, 2022 at 9:00 AM JURY TRIAL (ISSUE) | BUTLER, GREGORY CORNELL JR | Catherine M. Burton | |

# COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**   Count as Filed: OPJ, CRUELTY TO A PRISONER, in violation of 57 O.S. 9
  Date of Offense: 11/23/2019

| Party Name | Disposition Information |
|---|---|
| BUTLER, GREGORY CORNELL JR | |
| MILES, CHRISTIAN CHARLES | |
| HENDERSHOTT, CHRISTOPHER RAYMOND | |

**Count # 2.**   Count as Filed: OPJ, CRUELTY TO A PRISONER, in violation of 21 O.S. 380-592
  Date of Offense: 11/23/2019

| Party Name | Disposition Information |
|---|---|
| HENDERSHOTT, CHRISTOPHER RAYMOND | |
| BUTLER, GREGORY CORNELL JR | |

| Count # 3. | Count as Filed: OPJ, CRUELTY TO A PRISONER, in violation of 21 O.S. 380-592 |
|---|---|
| | Date of Offense: 11/30/2019 |

| Party Name | Disposition Information |
|---|---|
| BUTLER, GREGORY CORNELL JR | |
| MILES, CHRISTIAN CHARLES | |
| HENDERSHOTT, CHRISTOPHER RAYMOND | |

| Count # 4. | Count as Filed: OPJ, CRUELTY TO A PRISONER, in violation of 21 O.S. 380-592 |
|---|---|
| | Date of Offense: 12/07/2019 |

| Party Name | Disposition Information |
|---|---|
| HENDERSHOTT, CHRISTOPHER RAYMOND | |
| MILES, CHRISTIAN CHARLES | |

| Count # 5. | Count as Filed: OPJ, CRUELTY TO A PRISONER, in violation of 21 O.S. 380-592 |
|---|---|
| | Date of Offense: 11/23/2019 |

| Party Name | Disposition Information |
|---|---|
| BUTLER, GREGORY CORNELL JR | |
| MILES, CHRISTIAN CHARLES | |
| HENDERSHOTT, CHRISTOPHER RAYMOND | |

# DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 10-05-2020 | [ TEXT ] | | HENDERSHOTT, CHRISTOPHER RAYMOND | | |
| | | CRIMINAL MISDEMEANOR INITIAL FILING. Document Available at Court Clerk's Office | | | |
| 10-05-2020 | [ INFORMATION ] | | BUTLER, GREGORY CORNELL JR | #1 | |
| | | DEFENDANT GREGORY CORNELL BUTLER JR WAS CHARGED WITH COUNT #1, CRUELTY TO A PRISONER IN VIOLATION OF 57 O.S. 9 | | | |
| 10-05-2020 | [ INFORMATION ] | | MILES, CHRISTIAN CHARLES | #1 | |
| | | DEFENDANT CHRISTIAN CHARLES MILES WAS CHARGED WITH COUNT #1, CRUELTY TO A PRISONER IN VIOLATION OF 57 O.S. 9 | | | |
| 10-05-2020 | [ INFORMATION ] | | HENDERSHOTT, CHRISTOPHER RAYMOND | #1 | |
| | | DEFENDANT CHRISTOPHER RAYMOND HENDERSHOTT WAS CHARGED WITH COUNT #1, CRUELTY TO A PRISONER IN VIOLATION OF 57 O.S. 9 | | | |
| 10-05-2020 | [ INFORMATION ] | | HENDERSHOTT, CHRISTOPHER RAYMOND | #2 | |
| | | DEFENDANT CHRISTOPHER RAYMOND HENDERSHOTT WAS CHARGED WITH COUNT #2, CRUELTY TO A PRISONER IN VIOLATION OF 21 O.S. 380-592 | | | |
| 10-05-2020 | [ INFORMATION ] | | BUTLER, GREGORY CORNELL JR | #2 | |
| | | DEFENDANT GREGORY CORNELL BUTLER JR WAS CHARGED WITH COUNT #2, CRUELTY TO A PRISONER IN VIOLATION OF 21 O.S. 380-592 | | | |

| Date | Type | Party | Count | Amount |
|---|---|---|---|---|
| 10-05-2020 | [ INFORMATION ] | BUTLER, GREGORY CORNELL JR | #3 | |
| | DEFENDANT GREGORY CORNELL BUTLER JR WAS CHARGED WITH COUNT #3, CRUELTY TO A PRISONER IN VIOLATION OF 21 O.S. 380-592 | | | |
| 10-05-2020 | [ INFORMATION ] | MILES, CHRISTIAN CHARLES | #3 | |
| | DEFENDANT CHRISTIAN CHARLES MILES WAS CHARGED WITH COUNT #3, CRUELTY TO A PRISONER IN VIOLATION OF 21 O.S. 380-592 | | | |
| 10-05-2020 | [ INFORMATION ] | HENDERSHOTT, CHRISTOPHER RAYMOND | #3 | |
| | DEFENDANT CHRISTOPHER RAYMOND HENDERSHOTT WAS CHARGED WITH COUNT #3, CRUELTY TO A PRISONER IN VIOLATION OF 21 O.S. 380-592 | | | |
| 10-05-2020 | [ INFORMATION ] | HENDERSHOTT, CHRISTOPHER RAYMOND | #4 | |
| | DEFENDANT CHRISTOPHER RAYMOND HENDERSHOTT WAS CHARGED WITH COUNT #4, CRUELTY TO A PRISONER IN VIOLATION OF 21 O.S. 380-592 | | | |
| 10-05-2020 | [ INFORMATION ] | MILES, CHRISTIAN CHARLES | #4 | |
| | DEFENDANT CHRISTIAN CHARLES MILES WAS CHARGED WITH COUNT #4, CRUELTY TO A PRISONER IN VIOLATION OF 21 O.S. 380-592 | | | |
| 10-05-2020 | [ INFORMATION ] | BUTLER, GREGORY CORNELL JR | #5 | |
| | DEFENDANT GREGORY CORNELL BUTLER JR WAS CHARGED WITH COUNT #5, CRUELTY TO A PRISONER IN VIOLATION OF 21 O.S. 380-592 | | | |
| 10-05-2020 | [ INFORMATION ] | MILES, CHRISTIAN CHARLES | #5 | |
| | DEFENDANT CHRISTIAN CHARLES MILES WAS CHARGED WITH COUNT #5, CRUELTY TO A PRISONER IN VIOLATION OF 21 O.S. 380-592 | | | |
| 10-05-2020 | [ INFORMATION ] | HENDERSHOTT, CHRISTOPHER RAYMOND | #5 | |
| | DEFENDANT CHRISTOPHER RAYMOND HENDERSHOTT WAS CHARGED WITH COUNT #5, CRUELTY TO A PRISONER IN VIOLATION OF 21 O.S. 380-592 | | | |
| 10-05-2020 | [ TEXT ] | | | |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE HUDSON, PERRY TO THIS CASE. | | | |
| 10-06-2020 | [ 👁 WAI$ ] | MILES, CHRISTIAN CHARLES | | $ 50.00 |
| | WARRANT OF ARREST ISSUED, JUDGE: KEVIN MCCRAY - BOND AMOUNT: $5,000.00<br><br>COMMENT: | | | |
| 10-06-2020 | [ OCISR ] | MILES, CHRISTIAN CHARLES | | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 10-06-2020 | [ 👁 WAI$ ] | HENDERSHOTT, CHRISTOPHER RAYMOND | | $ 50.00 |
| | WARRANT OF ARREST ISSUED, JUDGE: KEVIN MCCRAY - BOND AMOUNT: $5,000.00<br><br>COMMENT: | | | |
| 10-06-2020 | [ OCISR ] | HENDERSHOTT, CHRISTOPHER RAYMOND | | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 10-06-2020 | [ 👁 WAI$ ] | BUTLER, GREGORY CORNELL JR | | $ 50.00 |
| | WARRANT OF ARREST ISSUED, JUDGE: KEVIN MCCRAY - BOND AMOUNT: $5,000.00<br><br>COMMENT: | | | |

| Date | Code | Party | Amount |
|---|---|---|---|
| 10-06-2020 | [ OCISR ] | BUTLER, GREGORY CORNELL JR | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| | | | |
|---|---|---|---|
| 12-07-2020 | [ EAA ] | BUTLER, GREGORY CORNELL JR | |

ENTRY OF APPEARANCE/ ATTNY LANCE PHILLIPS OBA 17120/ DEFT GREGORY BUTLER JR
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 12-07-2020 | [ EAA ] | HENDERSHOTT, CHRISTOPHER RAYMOND | |

ENTRY OF APPEARANCE - GARY J. JAMES OBA #12718
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 12-07-2020 | [ BO ] | HENDERSHOTT, CHRISTOPHER RAYMOND | $ 35.00 |

PROFESSIONAL BOND FOR HENDERSHOTT, CHRISTOPHER RAYMOND POSTED BY KNIGHT, C J (MULTICOUNTY AGENT:KNIGHT, C J ), IN THE AMOUNT OF $5,000.00, POSTED 10/08/2020
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 12-07-2020 | [ BO ] | BUTLER, GREGORY CORNELL JR | $ 35.00 |

PROFESSIONAL BOND FOR BUTLER, GREGORY CORNELL JR POSTED BY MCCLANAHAN, SHAWN (MULTICOUNTY AGENT:MCCLANAHAN, HOWARD ) (POWER NUMBER:MC1 1682 ), IN THE AMOUNT OF $5,000.00, POSTED 10/08/2020
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 12-07-2020 | [ CTBWFTA ] | MILES, CHRISTIAN CHARLES | |

JUDGE MCCRAY-DEFENDANT FAILED TO APPEAR FOR ARRIAGNMENT DOCKET ON 12-7-20. BOND ORDERED FORFEITED. ALIAS WARRANT TO ISSUE.
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 12-07-2020 | [ BDFOR ] | MILES, CHRISTIAN CHARLES | |

BOND FORFEITED

| | | | |
|---|---|---|---|
| 12-07-2020 | [ BDFOR ] | MILES, CHRISTIAN CHARLES | |

BOND FORFEITED. THE FORFEITED BOND IS DESCRIBED IN DOCKET SERIAL #106485455 ABOVE.

| | | | |
|---|---|---|---|
| 12-07-2020 | [ CTFREE ] | BUTLER, GREGORY CORNELL JR | |

JUDGE MCCRAY: THE DEFENDANT IS PRESENT OUT OF CUSTODY FOR INITIAL APPEARANCE. STATE NOT PRESENT. DEFENDANT SET FOR DISPOSITION ON 1-21-2021 AT 9AM BEFORE JUDGE HUDSON. BAIL SET IN THE AMOUNT OF $5,000.
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 12-07-2020 | [ CTFREE ] | HENDERSHOTT, CHRISTOPHER RAYMOND | |

JUDGE MCCRAY: THE DEFENDANT IS PRESENT OUT OF CUSTODY FOR INITIAL APPEARANCE. STATE NOT PRESENT. DEFENDANT SET FOR DISPOSITION ON 1-21-2021 AT 9AM BEFORE JUDGE HUDSON. BAIL SET IN THE AMOUNT OF $5,000.
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 12-10-2020 | [ ↺ RETWA ] | BUTLER, GREGORY CORNELL JR | |

WARRANT RETURNED 12/10/2020, WARRANT ISSUED ON 10/6/2020
COMMENT: WARRANT CLEARED 12/8/2020
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 12-10-2020 | [ ↺ RETWA ] | HENDERSHOTT, CHRISTOPHER RAYMOND | |

WARRANT RETURNED 12/10/2020, WARRANT ISSUED ON 10/6/2020
COMMENT: WARRANT CLEARED 12/8/2020
Document Available at Court Clerk's Office

| Date | Code | Party | Amount |
|---|---|---|---|
| 12-10-2020 | [ BWIFA ] | MILES, CHRISTIAN CHARLES | $ 50.00 |

BENCH WARRANT ISSUED FAILED TO APPEAR, JUDGE: KEVIN MCCRAY - BOND AMOUNT:
COUNT 1 - CRUELTY TO A PRISONER HOLD WITHOUT BOND
COUNT 3 - CRUELTY TO A PRISONER HOLD WITHOUT BOND
COUNT 4 - CRUELTY TO A PRISONER HOLD WITHOUT BOND
COUNT 5 - CRUELTY TO A PRISONER HOLD WITHOUT BOND
COMMENT:

| Date | Code | Party | Amount |
|---|---|---|---|
| 12-10-2020 | [ OCISR ] | MILES, CHRISTIAN CHARLES | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| Date | Code | Party |
|---|---|---|
| 12-10-2020 | [ ORSR ] | HENDERSHOTT, CHRISTOPHER RAYMOND |

ORDER OF RELEASE W/SHERIFF'S RETURN
Document Available at Court Clerk's Office

| Date | Code | Party |
|---|---|---|
| 12-10-2020 | [ ORSR ] | BUTLER, GREGORY CORNELL JR |

ORDER OF RELEASE W/SHERIFF'S RETURN
Document Available at Court Clerk's Office

| Date | Code | Party | Amount |
|---|---|---|---|
| 12-11-2020 | [ BO ] | MILES, CHRISTIAN CHARLES | $ 35.00 |

PROFESSIONAL BOND FOR MILES, CHRISTIAN CHARLES POSTED BY BARNETT, HOWARD (MULTICOUNTY AGENT:MERRILL, RAYMOND ) (POWER NUMBER:MB 5 34230 ), IN THE AMOUNT OF $5,000.00, POSTED 10/08/2020, FORFEITED 12/07/2020
Document Available at Court Clerk's Office

| Date | Code | Party |
|---|---|---|
| 12-15-2020 | [ O&J ] | MILES, CHRISTIAN CHARLES |

ORDER & JUDGMENT OF FORFEITURE- CERTIFIED COPY BY CERTIFIED MAIL TO: HOWARD BARNETT AND RAYMOND MERRILL/$5,000.00/JUDGE MCCRAY.
Document Available at Court Clerk's Office

| Date | Code | Party |
|---|---|---|
| 12-15-2020 | [ RETWA ] | MILES, CHRISTIAN CHARLES |

WARRANT RETURNED 12/15/2020, WARRANT ISSUED ON 10/6/2020
COMMENT: /CLEARED 12-11-20
Document Available at Court Clerk's Office

| Date | Code | Party | Amount |
|---|---|---|---|
| 12-23-2020 | [ RECCM ] | MILES, CHRISTIAN CHARLES | $ 10.00 |

RECEIPT FOR CERTIFIED MAIL - RAYMOND MERRILL - SIGNED BY DEBRA K. JACKSON ON 12/21/2020.

| Date | Code | Party | Amount |
|---|---|---|---|
| 12-30-2020 | [ RECCM ] | MILES, CHRISTIAN CHARLES | $ 10.00 |

RECEIPT FOR CERTIFIED MAIL - HOWARD BARNETT - SIGNED BY HOWARD BARNETT ON 12/28/2020.

| Date | Code | Party |
|---|---|---|
| 01-21-2021 | [ MOCON ] | BUTLER, GREGORY CORNELL JR |

JUDGE HUDSON: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 4-22-2021 @ 9AM.
Document Available at Court Clerk's Office

| Date | Code | Party |
|---|---|---|
| 01-21-2021 | [ MOCON ] | HENDERSHOTT, CHRISTOPHER RAYMOND |

JUDGE HUDSON: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 4-22-2021 @ 9AM.
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 02-08-2021  [ BO ] | | MILES, CHRISTIAN CHARLES | $ 35.00 |

PROFESSIONAL BOND FOR MILES, CHRISTIAN CHARLES POSTED BY BARNETT, HOWARD (MULTICOUNTY AGENT:MERRILL, RAYMOND ) (POWER NUMBER:MB 10 11560 ), IN THE AMOUNT OF $5,000.00, POSTED 02/08/2021
Document Available at Court Clerk's Office

---

02-08-2021  [ CTFREE ]     MILES, CHRISTIAN CHARLES

JUDGE MCCRAY: THE DEFENDANT IS PRESENT OUT OF CUSTODY FOR INITIAL APPEARANCE AND IS REPRESENTED BY ATTORNEY CHRISTIAN MILES. STATE NOT PRESENT. DEFENDANT SET FOR DISPOSITION ON 3-18-2021 AT 9AM BEFORE JUDGE HUDSON. BAIL SET IN THE AMOUNT OF $5,000.
Document Available at Court Clerk's Office

---

02-08-2021  [ BDXON ]     MILES, CHRISTIAN CHARLES

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL #106485455 ABOVE HAS CHANGED TO READ AS FOLLOWS:
PROFESSIONAL BOND FOR MILES, CHRISTIAN CHARLES POSTED BY BARNETT, HOWARD (MULTICOUNTY AGENT:MERRILL, RAYMOND ) (POWER NUMBER:MB 5 34230 ), IN THE AMOUNT OF $5,000.00, POSTED 10/08/2020, FORFEITED 12/07/2020, EXONERATED 02/08/2021

---

02-09-2021  [ EAA ]     HENDERSHOTT, CHRISTOPHER RAYMOND

ENTRY OF APPEARANCE

GARY JAMES

OBA # 12718
Document Available at Court Clerk's Office

---

02-11-2021  [ ORSR ]     MILES, CHRISTIAN CHARLES

ORDER OF RELEASE W/SHERIFF'S RETURN
Document Available at Court Clerk's Office

---

02-12-2021  [ CLKBFM ]     MILES, CHRISTIAN CHARLES

CLERK'S BOND FORFEITURE MINUTE.
Document Available at Court Clerk's Office

---

02-12-2021  [ TEXT ]     MILES, CHRISTIAN CHARLES

BOND FORFEITURE FILED ON 12/7/2020 REVIEWED THIS DATE. RECORD REFLECTS DEFENDANT WAS PRESENT FOR INITIAL APPEARANCE ON 2/8/21. FORFEITURE PROCEEDINGS CONCLUDED, NO FURTHER REVIEW NEEDED.

---

02-23-2021  [ ↺ RETBW ]     MILES, CHRISTIAN CHARLES

WARRANT RETURNED 2/23/2021, WARRANT ISSUED ON 12/10/2020
COMMENT: WARRANT CLEARED ON 2/10/2021
Document Available at Court Clerk's Office

---

03-18-2021  [ MOCON ]     MILES, CHRISTIAN CHARLES

JUDGE HUDSON: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 5-20-2021 @ 9AM.
Document Available at Court Clerk's Office

| Date | Code | Party | Amount |
|---|---|---|---|
| 04-22-2021 | [ MOCON ] | HENDERSHOTT, CHRISTOPHER RAYMOND | |

JUDGE HUDSON: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 5-20-2021 @ 9AM.
Document Available at Court Clerk's Office

| 04-22-2021 | [ MOCON ] | BUTLER, GREGORY CORNELL JR | |

JUDGE HUDSON: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 5-20-2021 @ 9AM.
Document Available at Court Clerk's Office

| 05-20-2021 | [ MOCON ] | MILES, CHRISTIAN CHARLES | |

JUDGE HUDSON: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 8-18-2021 @ 9AM.
Document Available at Court Clerk's Office

| 05-20-2021 | [ MOCON ] | HENDERSHOTT, CHRISTOPHER RAYMOND | |

JUDGE HUDSON: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 8-18-2021 @ 9AM.
Document Available at Court Clerk's Office

| 05-20-2021 | [ MOCON ] | BUTLER, GREGORY CORNELL JR | |

JUDGE HUDSON: COURT MINUTE MOTION FOR CONTINUANCE AT REQUEST OF DEFENSE. ORDER GRANTED. DISPOSITION CONTINUED BY AGREEMENT TO 8-18-2021 @ 9AM.
Document Available at Court Clerk's Office

| 06-24-2021 | [ AC01 ] | MILES, CHRISTIAN CHARLES | $ -25.00 |

ADJUSTMENT TO ACCOUNTING ENTRIES FOR INITIAL BOND FILING.

| 06-24-2021 | [ AC80 ] | MILES, CHRISTIAN CHARLES | $ 25.00 |

ADJUSTMENT TO ACCOUNTING ENTRIES FOR INITIAL BOND FILING.

| 06-24-2021 | [ CCADMIN25 ] | MILES, CHRISTIAN CHARLES | $ 2.50 |

COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS

| 06-24-2021 | [ DCADMIN25 ] | MILES, CHRISTIAN CHARLES | $ 3.75 |

DISTRICT COURT ADMINISTRATIVE FEE ON $25 COLLECTIONS

| 06-24-2021 | [ AC01 ] | HENDERSHOTT, CHRISTOPHER RAYMOND | $ -25.00 |

ADJUSTMENT TO ACCOUNTING ENTRIES FOR INITIAL BOND FILING.

| 06-24-2021 | [ AC80 ] | HENDERSHOTT, CHRISTOPHER RAYMOND | $ 25.00 |

ADJUSTMENT TO ACCOUNTING ENTRIES FOR INITIAL BOND FILING.

| 06-24-2021 | [ CCADMIN25 ] | HENDERSHOTT, CHRISTOPHER RAYMOND | $ 2.50 |

COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS

| 06-24-2021 | [ DCADMIN25 ] | HENDERSHOTT, CHRISTOPHER RAYMOND | $ 3.75 |

DISTRICT COURT ADMINISTRATIVE FEE ON $25 COLLECTIONS

| 06-24-2021 | [ AC01 ] | MILES, CHRISTIAN CHARLES | $ -25.00 |

ADJUSTMENT TO ACCOUNTING ENTRIES FOR INITIAL BOND FILING.

| 06-24-2021 | [ AC80 ] | MILES, CHRISTIAN CHARLES | $ 25.00 |

ADJUSTMENT TO ACCOUNTING ENTRIES FOR INITIAL BOND FILING.

| 06-24-2021 | [ CCADMIN25 ] | MILES, CHRISTIAN CHARLES | $ 2.50 |

COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS

| Date | Code | Party | Amount |
|---|---|---|---|
| 06-24-2021 | [ DCADMIN25 ] | MILES, CHRISTIAN CHARLES | $ 3.75 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $25 COLLECTIONS | | |
| 06-24-2021 | [ AC01 ] | BUTLER, GREGORY CORNELL JR | $ -25.00 |
| | ADJUSTMENT TO ACCOUNTING ENTRIES FOR INITIAL BOND FILING. | | |
| 06-24-2021 | [ AC80 ] | BUTLER, GREGORY CORNELL JR | $ 25.00 |
| | ADJUSTMENT TO ACCOUNTING ENTRIES FOR INITIAL BOND FILING. | | |
| 06-24-2021 | [ CCADMIN25 ] | BUTLER, GREGORY CORNELL JR | $ 2.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS | | |
| 06-24-2021 | [ DCADMIN25 ] | BUTLER, GREGORY CORNELL JR | $ 3.75 |
| | DISTRICT COURT ADMINISTRATIVE FEE ON $25 COLLECTIONS | | |
| 08-18-2021 | [ PTO ] | BUTLER, GREGORY CORNELL JR | |
| | JUDGE HUDSON: PRE-TRIAL ORDER. JURY TRIAL SET FOR 2-7-2022 @ 9AM BEFORE JUDGE BURTON. CALL DOCKET SET FOR 2-3-2022 @ 10AM BEFORE JUDGE HUDSON. MOTION HEARING SET FOR 2-4-2022 @ 10AM BEFORE JUDGE BURTON.<br>Document Available at Court Clerk's Office | | |
| 08-18-2021 | [ PTO ] | HENDERSHOTT, CHRISTOPHER RAYMOND | |
| | JUDGE HUDSON: PRE-TRIAL ORDER. JURY TRIAL SET FOR 2-7-2022 @ 9AM BEFORE JUDGE BURTON. CALL DOCKET SET FOR 2-3-2022 @ 10AM BEFORE JUDGE HUDSON. MOTION HEARING SET FOR 2-4-2022 @ 10AM BEFORE JUDGE BURTON.<br>Document Available at Court Clerk's Office | | |
| 08-18-2021 | [ PTO ] | MILES, CHRISTIAN CHARLES | |
| | JUDGE HUDSON: PRE-TRIAL ORDER. JURY TRIAL SET FOR 2-7-2022 @ 9AM BEFORE JUDGE BURTON. CALL DOCKET SET FOR 2-3-2022 @ 10AM BEFORE JUDGE HUDSON. MOTION HEARING SET FOR 2-4-2022 @ 10AM BEFORE JUDGE BURTON.<br>Document Available at Court Clerk's Office | | |
| 01-07-2022 | [ MO ] | HENDERSHOTT, CHRISTOPHER RAYMOND | |
| | MOTION FOR SEVERANCE<br>Document Available at Court Clerk's Office | | |
| 01-07-2022 | [ MFD ] | HENDERSHOTT, CHRISTOPHER RAYMOND | |
| | DEFENDANT'S FIRST MOTION FOR SPECIFIC DISCOVERY<br>Document Available at Court Clerk's Office | | |
| 01-07-2022 | [ MO ] | HENDERSHOTT, CHRISTOPHER RAYMOND | |
| | MOTION TO SUPPRESS STATEMENTS<br>Document Available at Court Clerk's Office | | |
| 01-07-2022 | [ MO ] | HENDERSHOTT, CHRISTOPHER RAYMOND | |
| | MOTION FOR ORDER SETTING DISCOVERY MOTION TO PRODUCE<br>Document Available at Court Clerk's Office | | |
| 01-19-2022 | [ DEM ] | BUTLER, GREGORY CORNELL JR | |
| | DEMURRER<br>Document Available at Court Clerk's Office | | |
| 01-19-2022 | [ MOC ] | BUTLER, GREGORY CORNELL JR | |
| | MOTION TO COMPEL DISCLOSURE AND REQUEST FOR SPECIFIC DISCOVERY<br>Document Available at Court Clerk's Office | | |

| | | |
|---|---|---|
| 01-19-2022 [ MO ] | | BUTLER, GREGORY CORNELL JR |

MTOION TO SUPPRESS
Document Available at Court Clerk's Office

| | |
|---|---|
| 02-01-2022 [ MO ] | |

VERIFIED JOINT UNOPPOSED MOTION TO CONTINUE TRIAL SETTING (ALL DEFENDANTS)
Document Available at Court Clerk's Office

| | |
|---|---|
| 02-07-2022 [ PTO ] | HENDERSHOTT, CHRISTOPHER RAYMOND |

JUDGE HUDSON: PRE-TRIAL ORDER. JURY TRIAL SET FOR 8-29-2022 @ 9AM BEFORE JUDGE BURTON. CALL DOCKET SET FOR 8-25-2022 @ 10AM BEFORE JUDGE HUDSON. MOTION HEARING SET FOR 8-26-2022 @ 10AM BEFORE JUDGE BURTON.
Document Available at Court Clerk's Office

| | |
|---|---|
| 02-07-2022 [ PTO ] | MILES, CHRISTIAN CHARLES |

JUDGE HUDSON: PRE-TRIAL ORDER. JURY TRIAL SET FOR 8-29-2022 @ 9AM BEFORE JUDGE BURTON. CALL DOCKET SET FOR 8-25-2022 @ 10AM BEFORE JUDGE HUDSON. MOTION HEARING SET FOR 8-26-2022 @ 10AM BEFORE JUDGE BURTON.
Document Available at Court Clerk's Office

| | |
|---|---|
| 02-07-2022 [ PTO ] | BUTLER, GREGORY CORNELL JR |

JUDGE HUDSON: PRE-TRIAL ORDER. JURY TRIAL SET FOR 8-29-2022 @ 9AM BEFORE JUDGE BURTON. CALL DOCKET SET FOR 8-25-2022 @ 10AM BEFORE JUDGE HUDSON. MOTION HEARING SET FOR 8-26-2022 @ 10AM BEFORE JUDGE BURTON.
Document Available at Court Clerk's Office

| | |
|---|---|
| 02-07-2022 [ CTFREE ] | HENDERSHOTT, CHRISTOPHER RAYMOND |

JUDGE HUDSON: STATE PRESENT BY ADA MCMAHAN. DEFTS PRESENT BY COUNSELS PHILLIPS, JAMES, JOHNSON. DEFT'S MOTIONS, PREVIOUSLY FILED, ARE SPECIALLY SET ON 4-7-2022 @ 1:30PM BEFORE JUDGE HUDSON.
Document Available at Court Clerk's Office

| | |
|---|---|
| 02-07-2022 [ CTFREE ] | BUTLER, GREGORY CORNELL JR |

JUDGE HUDSON: STATE PRESENT BY ADA MCMAHAN. DEFTS PRESENT BY COUNSELS PHILLIPS, JAMES, JOHNSON. DEFT'S MOTIONS, PREVIOUSLY FILED, ARE SPECIALLY SET ON 4-7-2022 @ 1:30PM BEFORE JUDGE HUDSON.
Document Available at Court Clerk's Office

| | |
|---|---|
| 02-07-2022 [ CTFREE ] | MILES, CHRISTIAN CHARLES |

JUDGE HUDSON: STATE PRESENT BY ADA MCMAHAN. DEFTS PRESENT BY COUNSELS PHILLIPS, JAMES, JOHNSON. DEFT'S MOTIONS, PREVIOUSLY FILED, ARE SPECIALLY SET ON 4-7-2022 @ 1:30PM BEFORE JUDGE HUDSON.
Document Available at Court Clerk's Office