IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JA'LEE FOREMAN, JR., <br> (2) DANIEL HEDRICK, <br> (3) JOSEPH MITCHELL, and <br> (4) JOHN BASCO, <br><br> Plaintiff, <br><br> vs. <br><br> (1) OKLAHOMA COUNTY SHERIFF, <br> (2) OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, <br> (3) BOARD OF COUNTY COMMISSIONERS, FOR OKLAHOMA COUNTY, <br> (4) CHRISTIAN CHARLES MILES, <br> (5) GREGORY CORNELL BUTLER, JR., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. CIV-21-1062-F <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS CHRISTIAN MILES AND GREGORY BUTLER, JR.'S NOTICE TO THE COURT AND REQUEST TO CONTINUE STAY OF CIVIL PROCEEDINGS

Defendants Christian Miles and Gregory Butler, Jr. ("Defendants" or "Individual Defendants"), by and through counsel of record and in accordance with this Court's Order dated April 13, 2022 (Dkt. 33), provide this Notice and Status Report and, in the interest of justice and to protect both their Fifth Amendment privileges against self-incrimination and the ability to defend themselves in this matter, request the Court continue the stay of all civil proceedings entered by the Court. Pursuant to that Order, Defendants would advise the Court as follows:

1. On October 5, 2020, the Oklahoma County District Attorney's Office, on behalf of the State of Oklahoma, filed criminal Informations against the Individual Defendants and Christopher Hendershott in Oklahoma County Case No. CM-2020-3083, charging Defendant Butler with four (4) misdemeanor counts of Cruelty to a Prisoner and Defendant Miles with four (4) misdemeanor counts of Cruelty to a Prisoner all in relation to the alleged incidents which are the subject of this suit. (Ex. 1, Docket Sheet, Oklahoma County Case No. CM-2020-3083).

2. Counsel for Miles and Butler has been in contact with Miles and Butler's criminal attorney and have been advised that on September 21, 2022, the Oklahoma County District Court reset the scheduled hearing on motions and status conference to December 1, 2022. According to Defendants' criminal counsel, it is anticipated that if the cases survive any motions, the criminal cases will be set for trial in Spring, 2023.

3. As of this date, the criminal cases remain pending against both Miles and Butler.

4. With the criminal cases still pending, Defendants Miles and Butler's legal dilemma and their interests in securing the stay of civil proceedings as set forth in their original motion continue.

5. With the criminal proceedings still pending, Defendants Miles and Butler seek a continuation of the stay previously entered by the Court.

WHEREFORE, Defendants Miles and Butler respectfully submit this Notice and Status Report directed by the Court and request that the Stay of Proceedings continue through final resolution of the ongoing criminal proceedings.

Respectfully submitted,

s/ Wellon B. Poe
Chris J. Collins, OBA No. 1800
Wellon B. Poe, OBA No. 12440
W.R. Moon, Jr., OBA NO. 32079
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: cjc@czwlaw.com
wbp@czwlaw.com; wrm@czwlaw.com

***Attorneys for Defendants***
***Christian Charles Miles and***
***Gregory Cornell Butler, Jr.***

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2022, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
Smolen & Roytman
701 Cincinnati Ave.
Tulsa, Oklahoma 74119
Email: danielsmolen@ssrok.com
bobblakemore@ssrok.com; bryonhelm@ssrok.com

-and-

Cameron Spradling
500 North Walker Ave., Suite 140
Oklahoma City, Oklahoma 73102
Email: Cameron@CameronSpradling.com
***Attorneys for Plaintiff***

3

Randall J. Wood
Robert S. Lafferrandre
Jeffrey C. Hendrickson
Pierce Couch Hendrickson
Baysinger & Green, L.L.P.
1109 N. Francis Ave.
Oklahoma City, Oklahoma 73106
Email: rlafferrandre@piercecouch.com
rwood@piercecouch.com; jhendrickson@piercecouch.com
*Attorneys for Defendants Oklahoma County Sheriff and*
*Board of County Commissioners for Oklahoma County*

Lance B. Phillips
7 Mickey Mantel Dr., Suite 377
Oklahoma City, Oklahoma 73104
Email: lancebp2000@yahoo.com
*Attorney for Defendant Gregory Cornell Butler, Jr.*

                                                       s/ Wellon B. Poe
                                                      Wellon B. Poe