IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JA'LEE FOREMAN, JR.,<br>(2) DANIEL HEDRICK,<br>(3) JOSEPH MITCHELL, and<br>(4) JOHN BASCO,<br><br>          Plaintiff,<br><br>vs.<br><br>(1) OKLAHOMA COUNTY SHERIFF,<br>(2) OKLAHOMA COUNTY CRIMINAL<br>     JUSTICE AUTHORITY,<br>(3) BOARD OF COUNTY<br>     COMMISSIONERS, FOR<br>     OKLAHOMA COUNTY,<br>(4) CHRISTIAN CHARLES MILES,<br>(5) GREGORY CORNELL BUTLER, JR.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-21-1062-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE TO COURT OF RESOLUTION OF CRIMINAL PROCEEDINGS**

On October 25, 2022, this Court entered an Order maintaining the stay in this case until April 25, 2023, "unless the criminal case is finally resolved prior to that date." This Court noted, "Defendants Miles and Butler are DIRECTED to file, no later than April 25, 2023, a report as to the status of the criminal case. If the criminal case is finally resolved prior to that date, defendants are directed to advise the Court within 10 days of the final resolution." Due to an oversight of the undersigned, this Notice to the Court is late, more than 10 days of the final resolution that occurred on March 30, 2023.

According to the docket on Oklahoma State Courts Network (OSCN.net), it is the Defendants' understanding that the underlying criminal proceedings against Gregory

Cornell Butler, Jr. and Christian Charles Miles in case CM-2020-3083, were disposed of on the morning of March 30, 2023, during a docket call. The 10-day period for any of these defendants to file a motion to withdraw his pleas has now expired meaning these judgments and sentences are now final. The disposition of each is as follows:

1. <u>Gregory Cornell Butler, Jr.</u>  Mr. Butler was charged with Cruelty to a Prisoner in counts 1, 2, 3, and 5 of the Information. After a blind plea, the Court deferred sentencing for counts 1, 2, and 3 until March 29, 2025 (2 Year deferred sentence). The State dismissed count 5. The Court ordered Mr. Butler complete 40 hours of community service and he is not allowed to work as a deputy, police officer, or detention officer. Mr. Butler will pay a $200 judicial assessment, $300 victim's compensation assessment, state 22 O.S. Section 991 fees, and court costs. (See Exhibit 1, Judgment and Sentence filed March 30, 2023).

2. <u>Christian Charles Miles.</u>  Mr. Miles was charged with Cruelty to a Prisoner in counts 1, 3, 4, and 5 of the Information. After a blind plea, the Court deferred sentencing for counts 1, 3, and 4 until March 29, 2025 (2 Year deferred sentence). The State dismissed count 5. The Court ordered Mr. Miles complete 40 hours of community service and he is not allowed to work as a deputy, police officer, or detention officer. Mr. Miles will pay a $200 judicial assessment, $300 victim's compensation assessment, state 22 O.S. Section 991 fees, and court costs. (See Exhibit 2, Judgment and Sentence filed March 30, 2023).

Pursuant to this Court's Order that it be informed immediately, the Defendants hereby inform the Court of the disposition of the underlying criminal proceedings.

Respectfully submitted,

s/ Howard T. Morrow
Chris J. Collins, OBA No. 1800
Wellon B. Poe, OBA No. 12440
W.R. Moon, Jr., OBA No. 32079
Howard T. Morrow, OBA No. 32650
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: cjc@czwlaw.com

wbp@czwlaw.com; wrm@czwlaw.com
htm@czwlaw.com

*Attorneys for Defendants*
*Christian Charles Miles and*
*Gregory Cornell Butler, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2023, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
Smolen & Roytman
701 Cincinnati Ave.
Tulsa, Oklahoma 74119
Email: danielsmolen@ssrok.com
bobblakemore@ssrok.com; bryonhelm@ssrok.com

-and-

Cameron Spradling
500 North Walker Ave., Suite 140
Oklahoma City, Oklahoma 73102
Email: Cameron@CameronSpradling.com
*Attorneys for Plaintiff*
Randall J. Wood
Robert S. Lafferrandre
Jeffrey C. Hendrickson
Pierce Couch Hendrickson
Baysinger & Green, L.L.P.
1109 N. Francis Ave.
Oklahoma City, Oklahoma 73106
Email: rlafferrandre@piercecouch.com
rwood@piercecouch.com; jhendrickson@piercecouch.com
*Attorneys for Defendants Oklahoma County Sheriff and*
*Board of County Commissioners for Oklahoma County*

3

Lance B. Phillips
7 Mickey Mantel Dr., Suite 377
Oklahoma City, Oklahoma 73104
Email: lancebp2000@yahoo.com
***Attorney for Defendant Gregory Cornell Butler, Jr.***

                                                s/ Howard T. Morrow
                                                Howard T. Morrow