FILED IN DISTRICT COURT
OKLAHOMA COUNTY 115

MAR 3 0 2023

RICK WARREN
COURT CLERK

MISDEMEANOR FORM 1
Revised - 2/96

18._____



BLIND PLEA

# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

STATE OF OKLAHOMA )
      Plaintiff, )   Case Number CM- 20-3083
vs. )   Case Number CM-_____
Gregory Corvell Butler Jr. )   Case Number CM-_____
      Defendant, )   Case Number CM-_____
___/___/7452 )   Case Number CM-_____
Defendant's Social Security Number )   Case Number CM-_____

### JUDGMENT AND SENTENCE NO CONTEST
### and SUMMARY OF FACTS ON PLEA OF GUILTY
### MISDEMEANOR (NO CONTEST ACCEPTED OVER STATE'S OBJECTION)

1. Is the name just read to you your true name?    (*Defendant* initials yes or no)    YES _X_ or NO ____
2. Is your age _24_ years; and is your date of birth ____-98 ?    YES _X_ or NO ____
3. Is _Lance Phillips_ your lawyer?    YES _X_ or NO ____
4. Are you taking any kind of medication?    YES _X_ or NO ____
     a. If yes, what kind and when did you take it? ____
     b. If yes, does this medication affect your judgment now?    YES ____ or NO _X_
5. Have you been prescribed any medication that you should be taking,
     but that you are not taking?    YES ____ or NO _X_
     a. If yes, what kind and when should you have taken it? ____
     b. If yes, does not taking this medication affect your judgment now?    YES ____ or NO ____
6. Have you ever been seen by a doctor or confined in a hospital for mental illness?    YES ____ or NO _X_
     If yes, explain: ____
7. Counselor, do you have any reason to believe your client is not mentally competent to
   appreciate and understand the nature, purpose and consequences of this proceeding,
   and to assist you in presenting any defense that may exist to any charge?    (*Lawyer* initials) YES ____ or NO _LOP_
8. Counselor, do you have any reason to believe your client was not mentally competent to
   appreciate and understand the nature, purpose and consequences of his or her acts at
   the time they were committed and out of which the charges in the Information arose?    YES ____ or NO _LOP_
9. Do you understand you are charged with: (for more than six charges use Plea of Guilty, Addendum 1)
     a. _Count 1: Cruelty to Prisoner_
     b. _Count 2: Cruelty to Prisoner_
     c. _Count 3: Cruelty to Prisoner_
     d. ____
     e. _Count 5: Dismissed_
     f. ____
   and have you and your lawyer had a copy of the charge(s)?    (*Defendant* initials) YES _GCB_ or NO ____
10. Do you understand that the range of punishment provided for the above crime(s) (is)(are) as follows:
      a. Minimum of _0_ to a maximum of _1yr_ (and)(or) a fine of $_1000_ . YES ____ or NO ____
      b. Minimum of _0_ to a maximum of _1yr_ (and)(or) a fine of $_1000_ . YES ____ or NO ____
      c. Minimum of _0_ to a maximum of _1yr_ (and)(or) a fine of $_1000_ . YES ____ or NO ____
      d. Minimum of ____ to a maximum of ____ (and)(or) a fine of $____ . YES ____ or NO ____
      e. Minimum of ____ to a maximum of ____ (and)(or) a fine of $____ . YES ____ or NO ____
      f. Minimum of ____ to a maximum of ____ (and)(or) a fine of $____ . YES ____ or NO ____

EXHIBIT 1
Page 1 of 4

11. Do you understand that if you plead guilty, you can be sentenced to a term of imprisonment within the total of the above range(s) of punishment?   YES __X__ or NO _____

12. Do you understand that in addition to that punishment, a Victim Compensation Assessment will be imposed for each charge?   YES __X__ or NO _____

13. Do you understand that you are entitled to a speedy jury trial on the charge(s), to confront all witnesses who will testify against you at the trial(s), to remain silent, and to have your witnesses ordered to Court even at the expense of the State?   YES __X__ or NO _____

14. Do you understand that the law presumes you are not guilty of the crime(s) charged in the Information, or of any lesser-included offense(s)?   YES __X__ or NO _____

15. Do you understand that a plea of not guilty requires the State to prove each and every material allegation of the Information beyond a reasonable doubt to a jury, or to the Court if a jury is waived, and if the State can not do this, you will not be convicted?   YES __X__ or NO _____

16. Do you understand that you have the right to keep a plea of not guilty, and in doing so you keep all those rights?   YES __✓__ or NO _____

17. Do you understand that by entering a plea of ~~guilty~~ NO CONTEST you give up all these rights?   YES __X__ or NO _____

18. Have you talked over the charge(s) with your lawyer, do you understand your rights, and have you had your lawyer's advice in this matter?   YES __✓__ or NO _____

19. Has you lawyer served you well?   YES __X__ or NO _____

20. Do you want a jury trial?   YES _____ or NO __✓__

21. You stand now on a plea of not guilty. Should you change your plea to ~~guilty~~ NO CONTEST, do you understand there has been a plea agreement?   YES __X__ or NO _____

What is your understanding of the plea agreement? ~~COUNT 4 DISMISSED COUNT 5 DISMISSED COUNT 6 DISMISSED~~ CTS 1, 2, + 3: 2 yr deferred sentence, 40 hours community service, $200 FINE, $300 VCA ~~CREDIT TIME SERVED 60 DAYS other~~, OPS supervision, all fees. DEFENDANT NOT ALLOWED T WORK AS A DEPUTY, POLICE OFFICER, OR DETENTION OFFICER

22. Do you want to enter you plea(s) now and be sentenced (now) (at a later date)?   YES __X__ or NO _____

23. What (is)(are) your plea(s) to the charge(s), (and to each of them)? (handwriting of *Defendant* only)   ~~GUILTY~~ NO CONTEST

24. Do you plead guilty because you did the acts charged?   YES __X__ or NO _____

25. Do you plead guilty of your own free will and without any coercion or compulsion of any kind?   YES __X__ or NO _____

26. Have you been forced, abused, mistreated, threatened, or promised anything by anyone to have you enter your plea(s)?   YES _____ or NO __X__

27. Do you or your lawyer have anything more to say or do you know of any legal reason why you should not be sentenced now?
(*Defendant* initials)   YES _____ or NO __CCB__
(*Lawyer* initials)   YES _____ or NO __LPF__

28. THE COURT FINDS:

A. The Defendant is mentally competent to understand the nature, purpose and consequences of this proceeding, and further, the Defendant was mentally competent to appreciate and understand the acts he or she committed on or about the date alleged in the Information, and to realize the nature, purpose and consequences of those acts at the time they were committed.

B. The plea agreement is fair and just to the parties and should be concurred in by the Court.

C. The plea(s) of guilty (is)(are) knowingly and voluntarily entered.

EXHIBIT 1
Page 2 of 4

## DEFERRED SENTENCING

29. **THE COURT ORDERS:**

    A. The plea(s) of guilty (is)(are) accepted by the Court.
    B. The sentencing date is deferred until __3/29/25__ at 9:00 a.m.
    C. You are to pay the following to the Oklahoma County Court Clerk:
        1. A fine in the amount of $ __200.00__ on or before _____
        2. The court costs in the approximate amount of $ __TBD__ on or before _____
        3. The Victim Compensation Assessment in the sum of $ __800.00__ on or before _____
        4. The court-appointed attorney fee amount of $ _____ on or before _____
        5. A laboratory fee for the benefit of the _____
           in the amount of $ _____ on or before _____
    D. You are to pay restitution according to the restitution schedule.
    E. You are to pay $ _____ to the Department of Mental Health on or before _____

## SUSPENDED SENTENCE or SUSPENDED AS TO PART

29. **THE COURT ORDERS:**

    A. The plea(s) of guilty (is)(are) accepted by the Court.
    B. You are sentenced to confinement under the supervision of the Oklahoma County Sheriff for a term as follows:

       a. __WM__                                    d. _____
       b. __WM__                                    e. _____
       c. __WM__                                    f. _____

    either to be all suspended;    (Defendant initials) **ALL SUSPENDED**   YES __✗__ or NO _____
    or to be suspended                              **SUSPENDED AS TO PART** YES _____ or NO _____
    except as to the first __1__ (months)(years) of the term(s) during which time you are to be held in the custody of the Oklahoma County Sheriff, the remainder of the sentence(s) to be suspended under the terms set forth in the Probation Guidelines found below in paragraph 30.
    C. These sentences are to run (concurrently)(consecutively).   NOT APPLICABLE _____ YES _____ or NO _____
       __w/ each other__
    D. You are to pay the following to the Oklahoma County Court Clerk:
        1. A fine in the amount of $ __200__ on or before __now__
        2. The court costs in the approximate amount of $ __160__ on or before __now__
        3. The Victim Compensation Assessment in the sum of $ __200__ on or before __now__
        4. The court-appointed attorney fee amount of $ __—__ on or before _____
        5. A laboratory fee for the benefit of the _____
           in the amount of $ _____ on or before _____
    E. You are to pay restitution according to the restitution schedule.
    F. You are to pay $ __—__ to the Department of Mental Health on or before _____

## TIME TO SERVE

29. **THE COURT ORDERS:**

    A. The plea(s) of guilty (is)(are) accepted by the Court.
    B. You are sentenced to confinement under the supervision of the Oklahoma County Sheriff for a term as follows:

       a. _____                                d. _____
       b. _____                                e. _____
       c. _____                                f. _____

    C. These sentences are to run (concurrently)(consecutively).   NOT APPLICABLE _____ YES _____ or NO _____

EXHIBIT 1
Page 3 of 4

D. You are to pay the following to the Oklahoma County Court Clerk:

1) A fine in the amount of $_____ on or before _____.

2) The court costs in the approximate amount of $_____ on or before _____.

3) The Victim Compensation Assessment in the sum of $_____ on or before _____.

4) The court-appointed attorney fee amount $_____ on or before _____.

5) A laboratory fee for the benefit of _____
   in the amount of $_____ on or before _____.

E. You are to pay restitution according to the restitution schedule.

F. You are to pay $_____ to the Department of Mental Health on or before _____.

G. Court Fund Assessment (CTFD) $_____

**AFFIDAVIT**

ON THE ____ DAY OF _____, 20____, In OKLAHOMA COUNTY, OKLAHOMA, I committed the following act(s): THE STATE OF OKLAHOMA WOULD BE ABLE TO PROVE BEYOND A REASONABLE DOUBT THAT DEFENDANT BUTLER:

On or about 11-23-19 [A BUTLER] treated Daniel Hedrick in a cruel or inhuman manner by handcuffing him to a wall in a standing position and playing loud music.

On or about 11-23-19 [A BUTLER] treated Brandon Newell in a cruel or inhuman manner by handcuffing him to a wall in a standing position and playing loud music.

On or about 11-30-19 [A BUTLER] treated Joseph Mitchell in a cruel or inhuman manner by handcuffing him to a wall in a standing position and playing loud music. THE STATE WOULD BE ABLE TO PROVE THE CASE THROUGH TESTIMONY OF WITNESSES + VIDEO FOOTAGE. THESE CRIMES OCCURRED IN OKLAHOMA COUNTY IN THE JAIL WHILE A BUTLER WAS EMPLOYED AS A DETENTION OFFICER.

THE ABOVE STATEMENT OF THE CRIME IS IN MY OWN HANDWRITING OR WRITTEN BY MY ATTORNEY AND APPROVED BY ME. Initials CCB

**NOTICE OF RIGHT TO APPEAL**

30) To appeal from a conviction on your plea of guilty you must file a written Application to Withdraw Plea of Guilty within ten (10) days from today. You must set forth in detail the grounds for your withdrawal and request an evidentiary hearing in the trial court. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your Application you have ninety (90) days from the date of denial to file a Petition for Writ of Certiorari to the Court of Criminal Appeals to appeal the trial court's decision. If you are indigent, these appeals can be prosecuted at public expense, and you can have an attorney appointed to represent you.

Do you understand your right to appeal?   YES ✗ NO ____

31) Have you fully understood the questions that have been asked?   YES ✗ NO ____

32) Were your answers freely and voluntarily given?   YES ✗ NO ____

DONE IN OPEN COURT this 30 day of March, 2023. This document is to be filed in the case.

_____   BLIND PLEA (M. WOFFY)   _____
Assistant District Attorney                              Judge of the District Court

_____                                _____
Attorney for the Defendant                               Court Reporter Present

                                                         _____
                                                         Deputy Court Clerk

**CERTIFIED COPY AS FILED OF RECORD IN DISTRICT COURT**
APR 2 5 2023
RICK WARREN COURT CLERK Oklahoma County
Rick Warren

Having been previously sworn, I the Defendant whose signature appears below, make the following statements under oath: 1) My Attorney and I have read this Judgment and Sentence and Summary of Facts on the Plea of Guilty. 2) It is a true statement of the questions asked and of my answers to them. 3) I approve this document and I do not desire to change it or add anything to it. 4) I understand that that I may be prosecuted for perjury if I have made false statements to this Court.

_____
Defendant

EXHIBIT 1
Page 4 of 4