FILED IN DISTRICT COURT
OKLAHOMA COUNTY

133

BLIND PLEA

MAR 30 2023

RICK WARREN
COURT CLERK

MISDEMEANOR FORM 1
Revised - 2/96



## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

18_____

STATE OF OKLAHOMA
    *Plaintiff,*

vs.

Christian Charles Miles
    *Defendant.*

___ / ___ / 0209
*Defendant's Social Security Number*

Case Number CM- 2020-3083
Case Number CM-_____
Case Number CM-_____
Case Number CM-_____
Case Number CM-_____

### JUDGMENT AND SENTENCE
### and SUMMARY OF FACTS ON PLEA OF ~~GUILTY~~ no contest
### MISDEMEANOR (NO CONTEST ACCEPTED OVER STATE'S OBJECTION)

1. Is the name just read to you your true name? *(Defendant initials yes or no)* YES ✓ or NO ____
2. Is your age __23__ years; and is your date of birth ____ 1999 ? YES ✓ or NO ____
3. Is Michael S. Johnson / Kyle R. Johnson *(your lawyer)* YES ✓ or NO ____
4. Are you taking any kind of medication? YES ____ or NO ✓
   a. If yes, what kind and when did you take it?
   b. If yes, does this medication affect your judgment now? YES ____ or NO ✓
5. Have you been prescribed any medication that you should be taking,
   but that you are not taking? YES ____ or NO ✓
   a. If yes, what kind and when should you have taken it?
   b. If yes, does not taking this medication affect your judgment now? YES ____ or NO ✓
6. Have you ever been seen by a doctor or confined in a hospital for mental illness? YES ____ or NO ✓
   If yes, explain: _____
7. Counselor, do you have any reason to believe your client is not mentally competent to
   appreciate and understand the nature, purpose and consequences of this proceeding
   and to assist you in presenting any defense that may exist to any charge?  *(Lawyer initials)* YES ____ or NO ✓
8. Counselor, do you have any reason to believe your client was not mentally competent to
   appreciate and understand the nature, purpose and consequences of his or her acts at
   the time they were committed and out of which the charges in the Information arose? YES ____ or NO ✓
9. Do you understand you are charged with: (for more than six charges use Plea of Guilty, Addendum 1)
   1) * Cruelty to a Prisoner         57 OS §9
   b. 2) not charged
   3) * Cruelty to a Prisoner         57 OS. §9
   d.    ~~not charged~~
   4) * Cruelty to a Prisoner         57 O.S. §9
   5) * Dismissed (was conspiracy)
   and have you and your lawyer had a copy of the charge(s)? *(Defendant initials)* YES ✓ or NO ____
10. Do you understand that the range of punishment provided for the above crime(s) (is)(are) as follows:
    a. Minimum of __0__ to a maximum of __1 yr__ (and)(or) a fine of $ __0-1000__. YES ✓ or NO ____
    b. Minimum of ____ to a maximum of ____ (and)(or) a fine of $_____. YES ____ or NO ____
    c. Minimum of __0__ to a maximum of __1 yr__ (and)(or) a fine of $ __0-1000__. YES ✓ or NO ____
    d. Minimum of ____ to a maximum of ____ (and)(or) a fine of $_____. YES ____ or NO ____
    e. Minimum of __0__ to a maximum of __1 yr__ (and)(or) a fine of $ __0-1000__. YES ✓ or NO ____
    f. Minimum of ____ to a maximum of ____ (and)(or) a fine of $_____. YES ____ or NO ____

EXHIBIT 2
Page 1 of 4

no contest

11. Do you understand that if you plead ~~guilty~~ you can be sentenced to a term of
imprisonment within the total of the above range(s) of punishment?  YES _Y_ or NO ____

12. Do you understand that in addition to that punishment,
a Victim Compensation Assessment will be imposed for each charge?  YES _ρ_ or NO ____

13. Do you understand that you are entitled to a speedy jury trial on the charge(s),
to confront all witnesses who will testify against you at the trial(s), to remain silent,
and to have your witnesses ordered to Court even at the expense of the State?  YES _Y_ or NO ____

14. Do you understand that the law presumes you are not guilty of the crime(s)
charged in the Information, or of any lesser-included offense(s)?  YES _ρ_ or NO ____

15. Do you understand that a plea of not guilty requires the State to prove each and every
material allegation of the Information beyond a reasonable doubt to a jury, or to the
Court if a jury is waived, and if the State can not do this, you will not be convicted?  YES _φ_ or NO ____

16. Do you understand that you have the right to keep a plea of not guilty,
and in doing so you keep all these rights?  no contest  YES _ρ_ or NO ____

17. Do you understand that by entering a plea of ~~guilty~~ you give up all these rights?  YES _Y_ or NO ____

18. Have you talked over the charge(s) with your lawyer, do you understand your rights,
and have you had your lawyer's advice in this matter?  YES _φ_ or NO ____

19. Has you lawyer served you well?  YES _ρ_ or NO ____

20. Do you want a jury trial?  no contest  YES ____ or NO _ρ_

21. You stand now on a plea of not guilty. Should you change your plea to ~~guilty~~,
do you understand there has been a plea agreement?  YES _φ_ or NO ____
What is your understanding of the plea agreement?  Blind plea

Counts 1, 2, and 3: 2 year deferred sentence, supervised by DPS, 911 fees, 40 hours comm. service, Defendant to "longer work in a law enforcement capacity.

VCA: $300, fire/judicial assessment of $200.

22. Do you want to enter you plea(s) now and be sentenced (now)(at a later date)?  YES _ρ_ or NO ____

23. What (is)(are) your plea(s) to the charge(s), (and to each of them)?  (handwriting of *Defendant* only)  no contest

24. Do you plead ~~guilty~~ no contest because you did the acts charged?  YES _ρ_ or NO ____

25. Do you plead ~~guilty~~ no contest of your own free will and without any coercion or
compulsion of any kind?  YES _ρ_ or NO ____

26. Have you been forced, abused, mistreated, threatened, or promised anything
by anyone to have you enter your plea(s)?  YES ____ or NO _ρ_

27. Do you or your lawyer have anything more to say or do you know
of any legal reason why you should not be sentenced now?  (*Defendant* initials)  YES ____ or NO ____
(*Lawyer* initials)  YES ____ or NO _RS_

28. **THE COURT FINDS:**

A. The Defendant is mentally competent to understand the nature, purpose and consequences of this proceeding, and further, the Defendant was mentally competent to appreciate and understand the acts he or she committed on or about the date alleged in the Information, and to realize the nature, purpose and consequences of those acts at the time they were committed.

B. The plea agreement is fair and just to the parties and should be concurred in by the Court.

C. The plea(s) of guilty (is)(are) knowingly and voluntarily entered.

EXHIBIT 2
Page 2 of 4

## DEFERRED SENTENCING

29. **THE COURT ORDERS:**

A. The plea(s) of guilty (is)(are) accepted by the Court..

B. The sentencing date is deferred until __3-29-2025__ at 9:00 a.m.

C. You are to pay the following to the Oklahoma County Court Clerk:

   1. A fine in the amount of $ __200__ on or before _____
   2. The court costs in the approximate amount of $ _____ on or before _____
   3. The Victim Compensation Assessment in the sum of $ __350__ on or before _____
   4. The court-appointed attorney fee amount of $ _____ on or before _____
   5. A laboratory fee for the benefit of the _____
      in the amount of $ _____ on or before _____

D. You are to pay restitution according to the restitution schedule.

E. You are to pay $ _____ to the Department of Mental Heath on or before _____.

## SUSPENDED SENTENCE or SUSPENDED AS TO PART

29. **THE COURT ORDERS:**

A. The plea(s) of guilty (is)(are) accepted by the Court.

B. You are sentenced to confinement under the supervision of the Oklahoma County Sheriff for a term as follows:

   a._____    d._____
   b._____    e._____
   c._____    f._____

either, to be all suspended;            (*Defendant* initials)   ALL SUSPENDED         YES _____ or NO _____
or, to be suspended                                               SUSPENDED AS TO PART  YES _____ or NO _____
except as to the first _____ (months)(years) of the term(s) during which time you are to be held in the custody of the Oklahoma County Sheriff, the remainder of the sentence(s) to be suspended under the terms set forth in the Probation Guidelines found below in paragraph 30.

C. These sentences are to run (concurrently)(consecutively).   NOT APPLICABLE _____ YES _____ or NO _____

D. You are to pay the following to the Oklahoma County Court Clerk:

   1. A fine in the amount of $ _____ on or before _____
   2. The court costs in the approximate amount of $ _____ on or before _____
   3. The Victim Compensation Assessment in the sum of $ _____ on or before _____
   4. The court-appointed attorney fee amount of $ _____ on or before _____
   5. A laboratory fee for the benefit of the _____
      in the amount of $ _____ on or before _____

E. You are to pay restitution according to the restitution schedule.

F. You are to pay $ _____ to the Department of Mental Health on or before _____.

## TIME TO SERVE

29. **THE COURT ORDERS:**

A. The plea(s) of guilty (is)(are) accepted by the Court.

B. You are sentenced to confinement under the supervision of the Oklahoma County Sheriff for a term as follows:

   a._____    d._____
   b._____    e._____
   c._____    f._____

C. These sentences are to run (concurrently)(consecutively).   NOT APPLICABLE _____ YES _____ or NO _____

EXHIBIT 2
Page 3 of 4

D. You are to pay the following to the Oklahoma County Court Clerk:

1) A fine in the amount of $_____ on or before _____.

2) The court costs in the approximate amount of $_____ on or before _____.

3) The Victim Compensation Assessment in the sum of $_____ on or before _____.

4) The court-appointed attorney fee amount $_____ on or before _____.

5) A laboratory fee for the benefit of _____

in the amount of $_____ on or before _____.

E. You are to pay restitution according to the restitution schedule.

F. You are to pay $_____ to the Department of Mental Health on or before _____.

G. Court Fund Assessment (CTFD) $_____

~~AFFIDAVIT~~ Offer of Proof

ON THE ____ DAY OF _____, 20__, In OKLAHOMA COUNTY, OKLAHOMA, I committed the following act(s): THE STATE OF OKLAHOMA WOULD BE ABLE TO PROVE BEYOND A REASONABLE DOUBT THAT CHARLES MILES WAS BEING CRUEL TO INMATES on 11/23/19, 11/30/19, + 11/12/19 BY making inmates listen to Baby Shark as punishment for violating jail policy. THIS OCCURRED IN OKLAHOMA COUNTY JAIL. AT THE TIME CHARLES MILES WAS EMPLOYED AS ~~ASSISTANT DISTRICT ATTORNEY~~ A DEPUTY THERE.

THE ABOVE STATEMENT OF THE CRIME IS IN MY OWN HANDWRITING OR WRITTEN BY MY ATTORNEY AND APPROVED BY ME. Initials _____

**NOTICE OF RIGHT TO APPEAL** no contest

30) To appeal from a conviction on your plea of ~~guilty~~ you must file a written Application to Withdraw Plea of Guilty within ten (10) days from today. You must set forth in detail the grounds for your withdrawal and request an evidentiary hearing in the trial court. The trial court must hold a hearing and rule upon your application within thirty (30) days from the date it is filed. If the trial court denies your Application you have ninety (90) days from the date of denial to file a Petition for Writ of Certiorari to the Court of Criminal Appeals to appeal the trial court's decision. If you are indigent, these appeals can be prosecuted at public expense, and you can have an attorney appointed to represent you.

Do you understand your right to appeal? YES ✓ NO ____

31) Have you fully understood the questions that have been asked? YES ✓ NO ____

32) Were your answers freely and voluntarily given? YES ✓ NO ____

**DONE IN OPEN COURT** this 30 day of March, 20 23. This document is to be filed in the case.

_____ (BUMP PLEA) _____
Assistant District Attorney M. Toffey    Judge of the District Court

_____                        _____
Attorney for the Defendant               Court Reporter Present

                                         _____
                                         Deputy Court Clerk

CERTIFIED COPY AS FILED OF RECORD IN DISTRICT COURT
APR 25 2023
RICK WARREN COURT CLERK Oklahoma County

Having been previously sworn, I the Defendant whose signature appears below, make the following statements under oath: 1) My Attorney and I have read this Judgment and Sentence and Summary of Facts on the Plea of Guilty. 2) It is a true statement of the questions asked and of my answers to them. 3) I approve this document and I do not desire to change it or add anything to it. 4) I understand that that I may be prosecuted for perjury if I have made false statements to this Court.

_____
Defendant

EXHIBIT 2
Page 4 of 4