# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JA'LEE FOREMAN, JR., DANIEL HEDRICK, JOSEPH MITCHELL, and JOHN BASCO, <br><br> Plaintiffs, <br><br> -vs- <br><br> OKLAHOMA COUNTY SHERIFF, OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY, BOARD OF COUNTY COMMISSIONERS FOR OKLAHOMA COUNTY, CHRISTIAN CHARLES MILES, and GREGORY CORNELL BUTLER, JR., <br><br> Defendants. | Case No. CIV-21-1062-F |

## ORDER

The court is in receipt of the Notice to Court of Resolution of Criminal Proceedings (doc. no. 38), filed by defendants Christian Charles Miles and Gregory Cornell Butler, Jr.

In light of the resolution of the criminal proceedings against defendants Christian Charles Miles and Gregory Cornell Butler, Jr., the stay of this civil proceeding is **LIFTED**.

Defendants Christian Charles Miles and Gregory Cornell Butler, Jr. are **DIRECTED** to answer or otherwise respond to the Complaint (doc. no. 1) of

plaintiffs Ja'Lee Foreman, Jr., Daniel Hedrick, Joseph "Joey" Mitchell and John Basco, within 21 days from the date of this order.

    IT IS SO ORDERED this 26th day of April, 2023.

*[signature]*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-1062p012.docx