IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JA'LEE FOREMAN, JR.,<br>(2) DANIEL HEDRICK,<br>(3) JOSEPH MITCHELL, and<br>(4) JOHN BASCO,<br><br>     Plaintiff,<br><br>vs.<br><br>(1) OKLAHOMA COUNTY SHERIFF,<br>(2) OKLAHOMA COUNTY CRIMINAL JUSTICE AUTHORITY,<br>(3) BOARD OF COUNTY COMMISSIONERS, FOR OKLAHOMA COUNTY,<br>(4) CHRISTIAN CHARLES MILES,<br>(5) GREGORY CORNELL BUTLER, JR.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-21-1062-F<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**REPLY TO PLAINTIFFS' RESPONSE IN OPPOSITION
TO DEFENDANTS MILES AND BUTLER JR.'S
<u>PARTIAL MOTION TO DISMISS AND BRIEF IN SUPPORT</u>**

Defendants Christian Miles and Gregory Butler, Jr. ("Defendants"), by and through counsel, pursuant LCvR 7.1(i), file this Reply to "Plaintiffs' Response in Opposition to Defendants Miles and Butler, Jr.'s Partial Motion to Dismiss" (Dkt. 42). In further support of their Partial Motion to Dismiss, Defendants state as follows:

In their Response, Plaintiffs reiterate their allegations that they were pre-trial detainees at the time pertinent to the Complaint. (Dkt. 42, p. 2, ¶ 4). However, Plaintiffs do not respond to the Defendants' legal argument that – as pre-trial detainees – their claims against the Defendants arise under the Fourteenth Amendment to the U.S. Constitution, not

the Fourth or Eighth Amendments. Rather, Plaintiffs assert that they "invoked subject matter jurisdiction with respect the Fourth and/or Eighth Amendment out of an abundance of caution" because "should discovery reveal that any of the Plaintiffs' status was that of arrestee or convicted prisoner at the time of the alleged conduct, Plaintiffs do not wish to waive jurisdiction under those provisions." (Dkt. 42, p. 2, ¶ 5). Additionally, Plaintiffs further assert that "even if Plaintiffs had brought causes of action under the Fourth or Eighth Amendment, dismissal of any such claims would be premature at this early juncture in the case." (Dkt. 42, p. 2, ¶ 6).

However, Plaintiffs' stated concern about waiving jurisdiction for any potential Fourth and/or Eighth Amendment claims is baseless. Likewise, Plaintiffs' assertion that the dismissal of any potential Fourth and/or Eighth Amendment claims would be premature at this point is without support. If discovery in this case should indicate that the status of any of the Plaintiffs was indeed that of an arrestee or convicted prisoner at the time pertinent to the Complaint, then Plaintiffs can always seek leave to amend the Complaint to re-assert any corresponding Fourth and/or Eighth Amendment claims against the Defendants. Such an amendment would relate back to the date of the filing of the original Complaint under Fed. R. Civ. P. 15. As such, the Defendants Motion should be granted and, to the extent that they have alleged violations of their rights under the Fourth and Eighth Amendments, such claims should be dismissed.

## CONCLUSION

WHEREFORE, premises considered, Defendants Christian Miles and Gregory Butler, Jr. respectfully request the Court to grant this Motion and to dismiss Plaintiffs'

Complaint to the extent that Plaintiffs have asserted any 42 U.S.C. § 1983 Fourth and Eighth Amendment claims against them pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

 Respectfully submitted,

s/ W.R. Moon, Jr.
Chris J. Collins, OBA No. 1800
Wellon B. Poe, OBA No. 12440
W.R. Moon, Jr., OBA NO. 32079
Jamison C. Whitson, OBA No. 18490
COLLINS, ZORN & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: cjc@czwlaw.com
  wbp@czwlaw.com;
  wrm@czwlaw.com

**Attorneys for Defendants**
***Christian Charles Miles and***
***Gregory Cornell Butler, Jr.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, I electronically transmitted this filing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen
Robert M. Blakemore
Bryon D. Helm
Smolen & Roytman
701 Cincinnati Ave.
Tulsa, Oklahoma 74119
Email: danielsmolen@ssrok.com
bobblakemore@ssrok.com; bryonhelm@ssrok.com

    -and-

Cameron Spradling
500 North Walker Ave., Suite 140
Oklahoma City, Oklahoma 73102
Email: Cameron@CameronSpradling.com
***Attorneys for Plaintiff***

Randall J. Wood
Robert S. Lafferrandre
Jeffrey C. Hendrickson
Pierce Couch Hendrickson
Baysinger & Green, L.L.P.
1109 N. Francis Ave.
Oklahoma City, Oklahoma 73106
Email: rlafferrandre@piercecouch.com
rwood@piercecouch.com; jhendrickson@piercecouch.com
***Attorneys for Defendants Oklahoma County Sheriff and***
***Board of County Commissioners for Oklahoma County***

Lance B. Phillips
7 Mickey Mantel Dr., Suite 377
Oklahoma City, Oklahoma 73104
Email: lancebp2000@yahoo.com
***Attorney for Defendant Gregory Cornell Butler, Jr.***

                                            s/ W.R. Moon, Jr.
                                            W.R. Moon, Jr.